## UNITED STATES *versus* TWENTY-SEVEN PAIRS OF BLANKETS AND FIVE PAIRS OF PANTALOONS

PAPERS IN FILE (1816–17): (1) Libel and published notice of hearing; (2) commission to take depositions, deposition of Adam D. Stewart.

## UNITED STATES *versus* ONE BALE OF MERCHANDISE, TWO TRUNKS AND TWO BOXES CLAIMED BY DAVID C. McKINSTRY

PAPERS IN FILE (1816): (1) Claim of David C. McKinstry, replication; (2) subpoena; (3–9) affidavits of Jesse Haskell, Smith Knapp, Abraham A. Skinner, David Grant, Hannah M. Moriarty, Cassander Frisbee and John F. Lawrance; (10) bond of David C. McKinstry and Oliver W. Miller; (11) report and manifest of cargo, affidavits.

## JOEL THURMAN *versus* JAMES W. BIDDLE

PAPERS IN FILE (1817): (1) Precipe for process; (2) capias and return; (3) satisfaction piece.

## UNITED STATES *versus* GEORGE WELCH AND ROBERT SMART

PAPERS IN FILE (1817): (1) Capias and return.